UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHAE I. DOBRYNSKI,

        Plaintiff,                       Case No. 2:25-cv-13093

v.                                        Honorable Susan K. DeClercq
                                        United States District Judge
MICHAEL HEALY, JR., et al.,

                                        Honorable Kimberly G. Altman
        Defendants.                United States Magistrate Judge
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION (ECF No. 18), GRANTING PLAINTIFF'S MOTION TO REMAND (ECF No. 7), AND REMANDING THE CASE**

On November 3, 2025, Magistrate Judge Kimberly G. Altman issued a report, ECF No. 18, recommending that this Court grant Plaintiff Shae I. Dobrynski's motion to remand, ECF No. 7, by accepting her notice of voluntarily withdrawing her federal claims and dismissing them accordingly, ECF No. 13. Judge Altman further recommended that the case be remanded to state court for lack of federal jurisdiction. ECF No. 18 at PageID.136–39.

Judge Altman provided 14 days to object. *Id.* at PageID.139–40. But the Parties did not do so. They have therefore forfeited their right to appeal Judge Altman's findings. *See Berkshire v. Dahl*, 928 F.3d 520, 530–31 (6th Cir. 2019) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). And having reviewed the report and recommendation, this Court will adopt the recommendation in full because there

is no clear error. *See Roby v. Bloom Roofing Sys*, 343 F.R.D. 487, 490 (E.D. Mich. 2023) (noting that a clearly erroneous finding is one that leaves this Court with a firm and definite conviction that the magistrate judge made a mistake).

Accordingly, it is **ORDERED** that the Report and Recommendation, ECF No. 18, is **ADOPTED**.

Further, it is **ORDERED** that Plaintiff's Motion to Remand, ECF No. 7, is **GRANTED**, and her federal claims are **DISMISSED WITHOUT PREJUDICE**.

Further, it is **ORDERED** that the case is **REMANDED** to state court.

**IT IS SO ORDERED.**

**This is a final order and closes the above-captioned case**.

*/s/Susan K. DeClercq*
SUSAN K. DeCLERCQ
United States District Judge

Dated: December 15, 2025